UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61830-CIV-COHN/VALLE

EMILIO PINERO,

    Plaintiff,

v.

R.S.L. REALTY, INC. and BURNIE'S FT. LAUDERDALE LLC d/b/a BURNIE'S ON BROWARD,

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice ("Notice") [DE 9.]  Plaintiff dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of November, 2024.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF