UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

R.S.L. REALTY, INC. and BURNIE'S FT.
LAUDERDALE LLC d/b/a BURNIE'S ON
BROWARD,
    Defendant(s).

Case No: 24-cv-61830-JIC

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendants, R.S.L. REALTY, INC. and BURNIE'S FT. LAUDERDALE LLC d/b/a BURNIE'S ON BROWARD, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com